# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Michael L. Overton

**Plaintiff,**

**V.**

Respondents: Warden, R.J. Donovan-Warden; Espinoza, Officer

**Defendant.**

**Civil Action No.** 26-cv-5305-AJB-JLB

## JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court DISMISSES this civil action without prejudice based on Plaintiff's failure to pay the full $405 civil filing fee required by 28 U.S.C. § 1914(a) and CERTIFIES that an IFP appeal would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3). This case is hereby closed.

**Date:** 11/13/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By: s/ B. Chandler
B. Chandler, Deputy

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.** 26-cv-5305-AJB-JLB